IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ZACHARY HUNTER,

    Plaintiff,

v.

REDHAWK NETWORK SECURITY, LLC,

    Defendant.

Civ. No. 6:17-cv-0962-JR

ORDER

MCSHANE, Judge:

Magistrate Judge Jolie A. Russo filed a Findings and Recommendation (ECF No. 33), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct. The report correctly analyzes the five factors of the "arms-of-the-tribe" analysis to conclude that Defendant is not an "arm-of-the-tribe." Magistrate Judge Russo's Findings and Recommendation (ECF No. 33) is adopted. Defendant's motion to dismiss for lack of subject matter jurisdiction is DENIED.

IT IS SO ORDERED.

    DATED this 30th day of August, 2018.

                                            _____/s/ Michael J. McShane_____
                                                 Michael McShane
                                            United States District Judge